IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE GILLETTE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1158-LPS-CJB |
| | ) | |
| DOLLAR SHAVE CLUB, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of F. Christopher Mizzo of Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, DC 20005 as well as Kevin D. Bendix of Kirkland & Ellis LLP, 333 S. Hope Street, Los Angeles, CA 90071 to represent Defendant Dollar Shave Club, Inc. in this matter.

|  |  |
|---|---|
|  | */s/ Andrew E. Russell* |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Charles K. Verhoeven | Karen E. Keller (No. 4489) |
| Terry L. Wit | Andrew E. Russell (No. 5382) |
| Morgan W. Tovey | SHAW KELLER LLP |
| James D. Judah | 300 Delaware Avenue, Suite 1120 |
| QUINN EMANUEL URQUHART & | Wilmington, DE 19801 |
|   SULLIVAN, LLP | (302) 298-0700 |
| 50 California Street, 22nd Floor | jshaw@shawkeller.com |
| San Francisco, CA 94111 | kkeller@shawkeller.com |
| (415) 875-6600 | arussell@shawkeller.com |
|  | *Attorneys for Defendant* |
| Dated: May 6, 2016 |  |

# [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of F. Christopher Mizzo and Kevin D. Bendix is granted.

Date: _____                          _____
                                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 5, 2016

F. Christopher Mizzo
Kirkland & Ellis LLP
655 Fifteenth St., N.W.
Washington, D.C. 20005
Tel: (202)-879-5000
chris.mizzo@kirkland.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 5, 2016

Name         Kevin D. Bendix
Firm         Kirkland & Ellis LLP
Address      333 S. Hope Street
             Los Angeles CA  90071
Telephone    (213) 680-8400
Email        kevin.bendix@kirkland.com