IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE GILLETTE COMPANY, ) | |
| ) | |
| Plaintiff, ) | REDACTED - PUBLIC VERSION |
| ) | |
| v. ) | C.A. No. 15-1158-LPS-CJB |
| ) | |
| DOLLAR SHAVE CLUB, INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT DOLLAR SHAVE CLUB, INC.'S
### NOTICE OF SUBSEQUENT AUTHORITY

OF COUNSEL:
Charles K. Verhoeven
Terry L. Wit
Morgan W. Tovey
James D. Judah
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

F. Christopher Mizzo
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
(202) 879-5000

Dated: July 22, 2016

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant*

Pursuant to D. Del. L.R. 7.1.2(b), Defendant Dollar Shave Club, Inc. respectfully submits the attached letter from ███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████

████████████████████████████

█████████████████████████████████

████████████████████████████████

██████████████████████████████████

████████████████

| | /s/ David M. Fry |
|---|---|
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Charles K. Verhoeven | Karen E. Keller (No. 4489) |
| Terry L. Wit | David M. Fry (No. 5486) |
| Morgan W. Tovey | SHAW KELLER LLP |
| James D. Judah | 300 Delaware Avenue, Suite 1120 |
| QUINN EMANUEL URQUHART | Wilmington, DE 19801 |
| & SULLIVAN, LLP | (302) 298-0700 |
| 50 California Street, 22nd Floor | jshaw@shawkeller.com |
| San Francisco, CA 94111 | kkeller@shawkeller.com |
| (415) 875-6600 | dfry@shawkeller.com |
| | *Attorneys for Defendant* |
| F. Christopher Mizzo | |
| KIRKLAND & ELLIS LLP | |
| 655 Fifteenth St., N.W. | |
| Washington, DC 20005 | |
| (202) 879-5000 | |

Dated: July 22, 2016

# Exhibit A

**REDACTED IN ITS ENTIRETY**

## **CERTIFICATE OF SERVICE**

I, David M. Fry, hereby certify that on July 22, 2016, this document was served on the persons listed below in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith II
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

Elaine Herrmann Blais
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
eblais@goodwinprocter.com

Mark Abate
Alexandra Valenti
Stephen J. Bernstein
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
mabate@goodwinprocter.com
avalenti@goodwinprocter.com
sbernstein@goodwinprocter.com

Jennifer A. Albert
Charles T. Cox
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-4000
jalbert@goodwinprocter.com
ccox@goodwinprocter.com

  */s/ David M. Fry*
 John W. Shaw (No. 3362)
 Karen E. Keller (No. 4489)
 David M. Fry (No. 5486)
 SHAW KELLER LLP
 300 Delaware Avenue, Suite 1120
 Wilmington, DE 19801
 (302) 298-0700
 jshaw@shawkeller.com
 kkeller@shawkeller.com
 dfry@shawkeller.com
 *Attorneys for Defendant*