IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE GILLETTE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1158-LPS-CJB |
| | ) | |
| DOLLAR SHAVE CLUB, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiff The Gillette Company and Defendant Dollar Shave Club, Inc. respectfully move the Court to schedule a teleconference to address an outstanding dispute regarding discovery matters.

As a result of a previous teleconference with Chambers, the parties will present their respective positions consistent with the Court's prior order regarding discovery matters during a teleconference on August 1, 2016 at 11:30 a.m. with counsel for Dollar Shave Club to initiate the call.

/s/ Rodger D. Smith, II
Jack B. Blumenfeld (No. 1014)
Rodger D. Smith, II (No. 3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Plaintiff*

Dated: July 29, 2016

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2016.

_____
United States Magistrate Judge