

David M. Fry
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0705
dfry@shawkeller.com

September 9, 2016

**BY CM/ECF AND HAND DELIVERY**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

  Re: *The Gillette Co. v. Dollar Shave Club, Inc.*, C.A. No. 15-1158-LPS-CJB

Dear Chief Judge Stark:

  I write on behalf of Defendant Dollar Shave Club, Inc. ("DSC") to inform the Court that DSC takes no position on Plaintiff The Gillette Company's Motion to Amend the Complaint (D.I. 82).

              Respectfully submitted,

              */s/ David M. Fry*

              David M. Fry (No. 5486)

cc: Clerk of the Court (by hand delivery)
   Counsel of Record (by CM/ECF & e-mail)