AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>*Plaintiff(s)*<br>v.<br>DOLLAR SHAVE CLUB, INC., DORCO COMPANY LTD. and PACE SHAVE, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. C.A. No. 15-1158 (LPS) (CJB)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pace Shave, Inc.
9370 Sky Park Court, Suite 100
San Diego, CA 92123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/13/16

*Alicia Holmes*

*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney: GOODWIN PROCTER LLP<br>601 S. FIGUEROA STREET<br>41ST FLOOR<br>LOS ANGELES, CA 90017<br>Telephone No: 213-426-2500    FAX No: 213-623-1673<br>Ref. No. or File No.:<br>Attorney for: | For Court Use Only |
|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The District Of Delaware |
|---|
| Plaintiff: THE GILLETE COMPANY |
| Defendant: DOLLAR SHAVE CLUB, INC., ET AL. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>15-1158 (LPS) (CJB) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE.

3. a. *Party served:* PACE SHAVE, INC.
   b. *Person served:* JAMES KENYON HILL, AGENT FOR SERVICE PROCESS

4. *Address where the party was served:* 9370 SKY PARK COURT
   SUITE 100
   SAN DIEGO, CA 92123

5. *I served the party:*
   b. **by substituted service.** On: Tue., Sep. 13, 2016 at: 4:05PM by leaving the copies with or in the presence of:
   PABLO VELASCO, AUTHORIZED TO ACCEPT SERVICE
   (1) **(Business)** Person in charge over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. STEVEN PARRAMORE
   d. **The Fee** for Service was:

   First Legal
   1111 6th Avenue, Ste. 204
   San Diego, CA 92101
   Telephone   (619) 231-9111
   Fax         (619) 231-1361
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   1868
      (iii) County:            San Diego
      (iv) Expiration Date:    Sat, Dec. 10, 2016

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: *Fri, Sep. 16, 2016*

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE        *Steven Parramore* (STEVEN PARRAMORE)

.goopr.839563