IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE GILLETTE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1158-LPS-CJB |
| | ) | |
| DOLLAR SHAVE CLUB, INC., *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that Defendant Pace Shave, Inc.'s time in which to move, plead or otherwise respond to the First Amended Complaint [D.I. 98] is extended until October 12, 2016.

| | |
|---|---|
| */s/ Rodger D. Smith, II* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Rodger D. Smith, II (No. 3778) | Karen E. Keller (No. 4489) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | David M. Fry (No. 5486) |
| 1201 N. Market Street | SHAW KELLER LLP |
| Wilmington, DE  19801 | 300 Delaware Avenue, Suite 1120 |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@mnat.com | (302) 298-0700 |
| rsmith@mnat.com | jshaw@shawkeller.com |
| *Attorneys for Plaintiff* | kkeller@shawkeller.com |
| | dfry@shawkeller.com |
| Dated: September 26, 2016 | *Attorneys for Defendant Pace Shave, Inc.* |

SO ORDERED this _____ day of _____, 2016.

_____
United States Magistrate Judge