IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE GILLETTE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOLLAR SHAVE CLUB, INC., DORCO ) <br> COMPANY LTD. and PACE SHAVE, INC. ) <br> ) <br> Defendants. ) | C.A. No. 15-1158 (LPS) (CJB) |

## DECLARATION OF MAILING

I, Rodger D. Smith II, declare as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff The Gillette Company in this action.

2. Upon information and belief, Defendant Dorco Company, Ltd. ("Dorco Co.") is a corporation organized and existing under the laws of South Korea, with its principal place of business at 1435-15, Seocho-dong, Seocho-gu, Seoul, Korea.

3. Upon information and belief, Defendant Pace Shave, Inc. ("Pace Shave") is a corporation organized and existing under the laws of the State of California, and has offices located at 9370 Sky Park Court, Suite 100, San Diego California.

4. Upon information and belief, Defendant Pace Shave is a U.S. subsidiary of Dorco Co. and is authorized under the laws of the State of California to accept service on behalf of Dorco Co.

5. On September 21, 2016, copies of the Summons, Complaint and related papers in this action were sent via Federal Express pursuant to 10 *Del. C.* § 3104 to Pace Shave *See* Exhibit A.

6. On September 22, 2016, I received notification that Pace Shave received the Summons, Complaint and related papers on September 22, 2016. *See* Exhibit B.

7. Upon information and belief, Dorco USA, Inc. ("Dorco USA") is a corporation organized and existing under the laws of the State of California, and has offices located at 9370 Sky Park Court, Suite 100, San Diego California.

8. Upon information and belief, Dorco USA is a U.S. subsidiary of Dorco Co. and is authorized under the laws of the State of California to accept service on behalf of Dorco Co.

9. On September 21, 2016, copies of the Summons, Complaint and related papers in this action were sent via Federal Express pursuant to 10 *Del. C.* § 3104 to Dorco USA *See* Exhibit C.

10. On September 22, 2016, I received notification that Dorco USA received the Summons, Complaint and related papers on September 22, 2016. *See* Exhibit D.

11. Upon information and belief, Dorco America, Inc. ("Dorco America") is a corporation organized and existing under the laws of the State of California, and has offices located at 3914 Murphy Canyon Road, Suite A134, San Diego, California.

12. Upon information and belief, Dorco America is a U.S. subsidiary of Dorco Co. and is authorized under the laws of the State of California to accept service on behalf of Dorco Co.

13. On September 21, 2016, copies of the Summons, Complaint and related papers in this action were sent via Federal Express pursuant to 10 *Del. C.* § 3104 to Dorco America. *See* Exhibit E.

14. On September 22, 2016, I received notification that Dorco USA received the Summons, Complaint and related papers on September 22, 2016. *See* Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2016.

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)