

Karen E. Keller
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

October 3, 2016

**BY CM/ECF AND HAND DELIVERY**
The Honorable Christopher J. Burke
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    *The Gillette Co. v. Dollar Shave Club, Inc., et al.*, C.A. No. 15-1158-LPS-CJB

Dear Judge Burke:

    I write on behalf of newly-joined defendant Pace Shave Inc. to request oral argument in connection with its motion to stay pending arbitration (D.I. 101). Pace Shave requests oral argument now – even though briefing is not yet complete on its motion – because there are several independent issues presented in the Pace Shave motion that may impact the Court's thinking and analysis on the co-pending motion to stay filed by Dollar Shave Club, Inc. ("DSC") (D.I. 34).[1] DSC concurs in the request for oral argument on the pending motions, particularly as a means to address the new facts that have developed after completion of its briefing. *See*, *e.g.*, D.I. 123.

    Pace Shave thus respectfully submits that argument on its motion be set at a time such that the Court may consider the motions of Pace Shave and DSC at the same time.

                                                   Respectfully,

                                                 */s/ Karen E. Keller*

                                                 Karen E. Keller (No. 4489)

cc:    Clerk of the Court (by hand delivery)
        Counsel of Record (by CM/ECF)

---

[1] Pace Shave's motion raises, in addition, several issues that overlap with those presented by DSC's motion.