# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Rodger D. Smith II**
(302) 351-9205
rsmith@mnat.com

October 4, 2016

The Honorable Christopher J. Burke                    *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE  1980

      Re:    *The Gillette Company v. Dollar Shave Club, Inc. et al.,*
            C.A. No. 15-1158 (LPS) (CJB)

Dear Judge Burke:

      I am writing on behalf of plaintiff The Gillette Company ("Gillette") in response to Pace Shave Inc.'s ("Pace Shave") and Dollar Shave Club, Inc.'s request for the Court to hold oral argument on Pace Shave's motion to stay before Gillette has even had an opportunity to respond to Pace Shave's motion (D.I. 124).

      Gillette respectfully requests that the Court reject defendants' highly unusual request, and permit Gillette to file its Answering Brief in opposition to Pace Shave's motion, which is currently due on October 11, 2014, before scheduling oral argument and before the Court considers the merits of Pace Shave's motion.

      Respectfully,

      */s/ Rodger D. Smith II*

      Rodger D. Smith II (#3778)

cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via electronic mail)