IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE GILLETTE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOLLAR SHAVE CLUB, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 15-1158-LPS-CJB |

**DEFENDANT DOLLAR SHAVE CLUB, INC.'S**
**NOTICE OF SUBSEQUENT AUTHORITY**

OF COUNSEL:
Charles K. Verhoeven
Terry L. Wit
Morgan W. Tovey
James D. Judah
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

F. Christopher Mizzo
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
(202) 879-5000

Dated: October 3, 2016

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Dollar Shave Club, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE GILLETTE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1158-LPS-CJB |
| | ) | |
| DOLLAR SHAVE CLUB, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT DOLLAR SHAVE CLUB, INC.'S**
**<u>NOTICE OF SUBSEQUENT AUTHORITY</u>**

Pursuant to D. Del. LR 7.1.2(b), Defendant Dollar Shave Club, Inc. respectfully submits ▮

▮

▮

▮                                                                                                              Also submitted is ▮

▮

▮                                                                                     Pursuant to ICC Rule 23, "[a]s soon as it has received the file from the Secretariat, the arbitral tribunal shall draw up, on the basis of documents or in the presence of the parties and in the light of their most recent submissions, a document defining its Terms of Reference." Pursuant to ICC Rule 24, "[w]hen drawing up the Terms of Reference or as soon as possible thereafter, the arbitral tribunal shall convene a case management conference to consult the parties on procedural measures" and "[d]uring or following such conference, the arbitral tribunal shall establish the procedural timetable that it intends to follow for the conduct of the arbitration." This development is relevant to the arguments on pages 3-5 of

Gillette's Answering Brief in Opposition (D.I. 48) to Defendant Dollar Shave Club Inc.'s Motion to Stay Action Pending Arbitration (D.I. 34).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ *Karen E. Keller* |
|  | John W. Shaw (No. 3362) |
| OF COUNSEL: | Karen E. Keller (No. 4489) |
| Charles K. Verhoeven | David M. Fry (No. 5486) |
| Terry L. Wit | SHAW KELLER LLP |
| Morgan W. Tovey | 300 Delaware Avenue, Suite 1120 |
| James D. Judah | Wilmington, DE 19801 |
| QUINN EMANUEL URQUHART | (302) 298-0700 |
|   & SULLIVAN, LLP | jshaw@shawkeller.com |
| 50 California Street, 22nd Floor | kkeller@shawkeller.com |
| San Francisco, CA 94111 | dfry@shawkeller.com |
| (415) 875-6600 | *Attorneys for Defendant Dollar Shave Club, Inc.* |

F. Christopher Mizzo
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
(202) 879-5000

Dated: October 3, 2016

## **CERTIFICATE OF SERVICE**

I, Karen E. Keller, hereby certify that on October 3, 2016 this document was served on the persons listed below in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith II
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

Mark Abate
Alexandra Valenti
Stephen J. Bernstein
Tyler Doh
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
mabate@goodwinprocter.com
avalenti@goodwinprocter.com
sbernstein@goodwinprocter.com
tdoh@goodwinprocter.com

Elaine Herrmann Blais
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
eblais@goodwinprocter.com

Jennifer A. Albert
Charles T. Cox
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-4000
jalbert@goodwinprocter.com
ccox@goodwinprocter.com

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Dollar Shave Club, Inc.*

# EXHIBIT A

**REDACTED IN ITS ENTIRETY**

# EXHIBIT B

**REDACTED IN ITS ENTIRETY**

# EXHIBIT C

**REDACTED IN ITS ENTIRETY**

# EXHIBIT D

**REDACTED IN ITS ENTIRETY**