IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE GILLETTE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 15-1158 (LPS) (CJB) |
| | ) |
| DOLLAR SHAVE CLUB, INC., DORCO | ) |
| COMPANY LTD. and PACE SHAVE, INC. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF THE GILLETTE COMPANY'S MOTION TO ENJOIN
DEFENDANT PACE SHAVE, INC. FROM CONTINUING ARBITRATION**

Plaintiff The Gillette Company respectfully moves the Court to enjoin Defendant Pace Shave, Inc. from continuing arbitration of this dispute. The grounds for this motion are set forth in Plaintiff's concurrently-filed Opening Brief in support of the motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

Mark J. Abate
Steven J. Bernstein
Alexandra D. Valenti
Tyler Doh
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
(212) 813-8800

Jennifer A. Albert
Charles T. Cox
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 346-4000

Elaine Herrmann Blais
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02110
(617) 570-1000

October 13, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE GILLETTE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOLLAR SHAVE CLUB, INC., DORCO )<br>COMPANY LTD. and PACE SHAVE, INC. )<br>)<br>Defendants. ) | C.A. No. 15-1158 (LPS) (CJB) |

## [PROPOSED] ORDER

WHEREAS, Plaintiff, The Gillette Company, has filed a Motion to Enjoin Defendant Pace Shave, Inc. from Continuing Arbitration; and

WHEREAS, the Court having considered the respective papers submitted by both parties, in support of, or in opposition to, said motion;

IT IS HEREBY ORDERED that:

Plaintiff's Motion is **GRANTED**.

DATED: _____  _____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to D. Del. LR 7.1.1, counsel for Plaintiff The Gillette Company ("Gillette") hereby certifies that reasonable efforts were made to reach agreement with Defendant Pace Shave, Inc. on the matter set forth in Plaintiff The Gillette Company's Motion to Enjoin Pace Shave, Inc. from Continuing Arbitration, including a verbal meet and confer of involving lead counsel and Delaware counsel on October 11, 2016.  The parties were unable to reach an agreement.

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

**CERTIFICATE OF SERVICE**

        I hereby certify that on October 13, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

        I further certify that I caused copies of the foregoing document to be served on October 13, 2016, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Andrew E. Russell, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Charles K. Verhoeven, Esquire<br>Terry L. Wit, Esquire<br>Morgan W. Tovey, Esquire<br>James D. Judah, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| F. Christopher Mizzo<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth St., N.W.<br>Washington, DC 20005<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

                                            */s/ Rodger D. Smith II*

                                            Rodger D. Smith II (#3778)