IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE GILLETTE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1158-LPS-CJB |
| | ) | |
| DOLLAR SHAVE CLUB, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF INTENT TO REQUEST REDACTION**

Defendant Dollar Shave Club, Inc. hereby notifies the Court of its intent to request redaction of certain portions of the transcript from the October 28, 2016 discovery teleconference (D.I. 182).

|  |  |
|---|---|
| | */s/ David M. Fry* |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Charles K. Verhoeven | Karen E. Keller (No. 4489) |
| Terry L. Wit | David M. Fry (No. 5486) |
| Kevin A. Smith | SHAW KELLER LLP |
| Morgan W. Tovey | 300 Delaware Avenue, Suite 1120 |
| James D. Judah | Wilmington, DE 19801 |
| John McCauley | (302) 298-0700 |
| QUINN EMANUEL URQUHART | jshaw@shawkeller.com |
|   & SULLIVAN, LLP | kkeller@shawkeller.com |
| 50 California Street, 22nd Floor | dfry@shawkeller.com |
| San Francisco, CA 94111 | *Attorneys for Defendant Dollar Shave* |
| (415) 875-6600 | *Club, Inc.* |

F. Christopher Mizzo
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
(202) 879-5000

Dated: November 8, 2016