IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE GILLETTE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15-1158 (LPS) (CJB) |
| ) | |
| DOLLAR SHAVE CLUB, INC., DORCO ) | |
| COMPANY LTD. and PACE SHAVE, INC. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF THE GILLETTE COMPANY'S REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. LR 7.1.4, Plaintiff The Gillette Company ("Gillette") respectfully requests oral argument on its Motion to Enjoin Defendant Pace Shave, Inc. from Continuing Arbitration (D.I. 139). The briefing on this motion will be completed no later than November 16, 2016 (D.I. 175). In light of the referral of this motion to Magistrate Judge Burke (D.I. 142) and given the related nature of the motions, Gillette respectfully requests that the Court hear argument on this motion at the same time as it hears argument on defendants' Motions to Stay Pending Arbitration (D.I. 34 and D.I. 101), on November 22, 2016 at 1:00 p.m.

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Rodger D. Smith II* |
| Mark J. Abate<br>Steven J. Bernstein<br>Alexandra D. Valenti<br>Tyler Doh<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br>(212) 813-8800 | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>*Attorneys for Plaintiff* |
| Jennifer A. Albert<br>Charles T. Cox<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, DC  20001<br>(202) 346-4000 | |
| Elaine Herrmann Blais<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA  02210<br>(617) 570-1205 | |
| November 10, 2016 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 10, 2016, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Andrew E. Russell, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Charles K. Verhoeven, Esquire<br>Terry L. Wit, Esquire<br>Morgan W. Tovey, Esquire<br>James D. Judah, Esquire<br>Kevin Smith, Esquire<br>John McCauley, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| F. Christopher Mizzo<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth St., N.W.<br>Washington, DC  20005<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)