IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE GILLETTE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-1158-LPS-CJB |
| | ) |
| DOLLAR SHAVE CLUB, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY THE SCHEDULING ORDER $\mathcal{QB}$

Pursuant to the Court's direction at the November 22, 2016 hearing in this matter,

Plaintiff The Gillette Company ("Gillette") and Defendants Dollar Shave Club, Inc. ("DSC") and

Pace Shave, Inc. ("Pace") hereby stipulate and agree, subject to the Court's approval, that the

Scheduling Order (D.I. 20) shall be modified as follows:[1]

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Core Technical Document and Product Samples Production (Pace) | N/A | December 21, 2016 |
| Initial Infringement Contentions (Pace Products) | N/A | January 11, 2017 |
| Initial Invalidity Contentions (Pace) | N/A | January 18, 2017 |
| Identification of Claim Terms and Proposed Constructions | November 14, 2016 | January 25, 2017 |

[1] Gillette has requested that DSC and Pace consider various modifications to the discovery limits set forth in Paragraphs 8(c), (d) and (e) of the Scheduling Order in view of amendment of the complaint to add Pace and Dorco Company Ltd. as parties. DSC and Pace are considering Gillette's request, and the parties will meet and confer as necessary regarding same.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joint Claim Construction Chart | December 7, 2016 | February 3, 2017 |
| Interim Status Report | January 4, 2017 | February 6, 2017 |
| Substantial Completion of Document Production (Pace) | N/A | February 20, 2017 |
| Opening Claim Construction Briefs and Technology Tutorials for Each Side | January 18, 2017 | March 1, 2017 |
| Responsive Claim Construction Briefs and Responses to Technology Tutorials for Each Side | February 13, 2017 | March 20, 2017 |
| Claim Construction Hearing | March 6, 2017 | April 3, 2017 |
| Final Infringement Contentions | May 26, 2017 | July 10, 2017 |
| Motions to Amend to Allege Inequitable Conduct | June 2, 2017 | July 14, 2017 |
| Supplemental Identification of Accused Products and Invalidity References | June 9, 2017 | July 31, 2017 |
| Final Invalidity Contentions | June 16, 2017 | July 31, 2017 |
| Close of Fact Discovery | June 30, 2017 | August 17, 2017 |
| Opening Expert Reports | July 17, 2017 | September 7, 2017 |
| Rebuttal Expert Reports | August 28, 2017 | October 5, 2017 |
| Reply Expert Reports | September 18, 2017 | October 23, 2017 |
| Close of Expert Discovery | October 13, 2017 | November 10, 2017 |
| Summary Judgment and *Daubert* Motions | October 19, 2017 | November 1̶8̶, 2017  17 |

ᏗᏰ

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Answering Summary Judgment and *Daubert* Briefs | November 20, 2017 | December 15, 2017 |
| Reply Summary Judgment and *Daubert* Briefs | December 4, 2017 | December 29, 2017 |
| Summary Judgment and *Daubert* Hearing | January 23, 2018 | Unchanged |
| Pretrial Order | April 20, 2018 | Unchanged |
| Pretrial Conference | April 27, 2018 | Unchanged |
| Trial | May 14, 2018 | Unchanged |

*/s/ Rodger D. Smith*
Jack B. Blumenfeld (No. 1014)
Rodger D. Smith, II (No. 3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Plaintiff*

Dated: November 30, 2016

*/s/ David M. Fry*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendants Dollar Shave Club, Inc. and Pace Shave, Inc.*

SO ORDERED this 2nd day of December, 2016.

United States Magistrate Judge

3