IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE GILLETTE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1158 (LPS) |
| | ) | |
| DOLLAR SHAVE CLUB, INC., DORCO | ) | |
| COMPANY LTD. and PACE SHAVE, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff The Gillette Company's Paragraph 4(c) Second Amended Initial Claim Charts*, were caused to be served on January 11, 2017, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Terry L. Wit, Esquire<br>Morgan W. Tovey, Esquire<br>James D. Judah, Esquire<br>Kevin Smith, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| F. Christopher Mizzo<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth St., N.W.<br>Washington, DC  20005<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

-2-

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Rodger D. Smith II* |
| OF COUNSEL: | _____ |
| | Jack B. Blumenfeld (#1014) |
| Mark J. Abate | Rodger D. Smith II (#3778) |
| Steven J. Bernstein | 1201 North Market Street |
| Alexandra D. Valenti | P.O. Box 1347 |
| Tyler Doh | Wilmington, DE  19899 |
| GOODWIN PROCTER LLP | (302) 658-9200 |
| The New York Times Building | jblumenfeld@mnat.com |
| 620 Eighth Avenue | rsmith@mnat.com |
| New York, NY  10018 | |
| (212) 813-8800 | *Attorneys for Plaintiff* |
| | |
| Jennifer A. Albert | |
| Charles T. Cox | |
| GOODWIN PROCTER LLP | |
| 901 New York Avenue, N.W. | |
| Washington, DC  20001 | |
| (202) 346-4000 | |
| | |
| Elaine Herrmann Blais | |
| GOODWIN PROCTER LLP | |
| 100 Northern Avenue | |
| Boston, MA  02210 | |
| (617) 570-1205 | |

January 12, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 12, 2017, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Andrew E. Russell, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Charles K. Verhoeven, Esquire<br>Terry L. Wit, Esquire<br>Morgan W. Tovey, Esquire<br>James D. Judah, Esquire<br>Kevin Smith, Esquire<br>John McCauley, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| F. Christopher Mizzo<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth St., N.W.<br>Washington, DC  20005<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)