IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE GILLETTE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1158 (LPS) |
| | ) | |
| DOLLAR SHAVE CLUB, INC., DORCO | ) | |
| COMPANY LTD. and PACE SHAVE, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Third Set of Requests for Production of Documents and Things (121-130) to Dollar Shave Club*, were caused to be served on January 17, 2017, upon the following in the manner indicated:

John W. Shaw, Esquire                                                          *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Andrew E. Russell, Esquire
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
*Attorneys for Defendants*

Charles K. Verhoeven, Esquire                                          *VIA ELECTRONIC MAIL*
Terry L. Wit, Esquire
Morgan W. Tovey, Esquire
James D. Judah, Esquire
Kevin Smith, Esquire
John McCauley, Esquire
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
*Attorneys for Defendants*

F. Christopher Mizzo                                                          *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC  20005
*Attorneys for Defendants*

-2-

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

OF COUNSEL:

Mark J. Abate
Steven J. Bernstein
Alexandra D. Valenti
Tyler Doh
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
(212) 813-8800

Jennifer A. Albert
Charles T. Cox
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 346-4000

Elaine Herrmann Blais
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
(617) 570-1205

January 17, 2017

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 17, 2017, upon the following in the manner indicated:

John W. Shaw, Esquire                                      *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Andrew E. Russell, Esquire
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
*Attorneys for Defendants*

Charles K. Verhoeven, Esquire                             *VIA ELECTRONIC MAIL*
Terry L. Wit, Esquire
Morgan W. Tovey, Esquire
James D. Judah, Esquire
Kevin Smith, Esquire
John McCauley, Esquire
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
*Attorneys for Defendants*

F. Christopher Mizzo                                       *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC  20005
*Attorneys for Defendants*

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)