

David M. Fry
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0705
dfry@shawkeller.com

January 24, 2017

**BY CM/ECF AND HAND DELIVERY**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *The Gillette Co. v. Dollar Shave Club, Inc.*, C.A. No. 15-1158-LPS-CJB

Dear Chief Judge Stark:

The parties write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead counsel per party, participated in verbal meet-and-confer calls on October 11, 2016 and January 13, 2017:

    **Delaware Counsel**:    Rodger Smith, Morris, Nichols, Arsht & Tunnell LLP
    (for Plaintiff The Gillette Company) ("Gillette")

    Karen Keller and John Shaw, Shaw Keller LLP
    (for Defendants Dollar Shave Club, Inc. ("DSC")
        and Pace Shave, Inc. ("Pace"))

    **Lead Counsel**:    Jennifer Albert, Goodwin Procter, LLP
    (for Plaintiff Gillette)

    Terry Wit, Quinn Emanuel Urquhart & Sullivan, LLP
    (for Defendants DSC and Pace)

The disputes requiring judicial attention are listed below:

- DSC's request that Gillette extend the date range that Gillette is applying for ESI search terms 4 and 5 by four days, from December 17 to December 21, 2015.

- DSC's request that Gillette produce documents relating to its pre-suit investigation;[1]

- Gillette's request that DSC produce communications with Pace or Dorco Company Ltd. concerning the tender and assumption of DSC's defense.

- Gillette's request that Pace produce additional core technical documents.

---

[1] The parties disagree on the precise description of this topic.

      In view of the number and significance of issues to resolve, the parties respectfully request that they be allowed five business days to submit and respond to each other's motions.

Respectfully,

*/s/ David M. Fry*

David M. Fry (No. 5486)

cc:     Clerk of the Court (by hand delivery)
           Counsel of Record (by CM/ECF)