IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE GILLETTE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1158-LPS-CJB |
| | ) | |
| DOLLAR SHAVE CLUB, INC., *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 72 and the District of Delaware's Standing Order for Objections Filed Under Fed. R. Civ. P. 72, the parties hereby stipulate and agree, subject to the Court's approval, that each side may file a 10-page response to the other side's objections to the Court's March 7, 2017 Memorandum Order (D.I. 293). The responses will be filed on April 4, 2017.

| | |
|---|---|
| */s/ Rodger D. Smith* | */s/ David M. Fry* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Rodger D. Smith, II (No. 3778) | Karen E. Keller (No. 4489) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | David M. Fry (No. 5486) |
| 1201 N. Market Street | SHAW KELLER LLP |
| Wilmington, DE 19801 | 300 Delaware Avenue, Suite 1120 |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@mnat.com | (302) 298-0700 |
| rsmith@mnat.com | jshaw@shawkeller.com |
| *Attorneys for Plaintiff* | kkeller@shawkeller.com |
| | dfry@shawkeller.com |
| Dated: April 4, 2017 | *Attorneys for Defendants* |

SO ORDERED this _____ day of April, 2017.

_____
United States Magistrate Judge