IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE GILLETTE COMPANY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 15-1158-LPS |
| DOLLAR SHAVE CLUB, INC., DORCO COMPANY LTD. and PACE SHAVE, INC., | : |
| Defendants. | : |

**ORDER**

At Wilmington, this **30th** day of **May, 2017**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that the disputed claim terms of U.S. Patent No. 6,684,513 are construed as follows:

| Claim Term | Court's Construction |
|---|---|
| **amorphous material** [claims 1, 6, 20, and 24] | material lacking long-range crystalline order, wherein such material may include nanocrystalline inclusions |
| **overcoat layer of a chromium containing material** [claims 1, 20, 24, 28, and 35] | a chromium containing layer between a [hard coating (for claims 1, 20, 24) / hard carbon containing material (for claims 28, 35)] and a PTFE layer |
| **carbon containing material, doped with another element** [claims 28 and 35] | carbon containing material, whereby another element is introduced into the material in small amounts to modify certain properties of the material |
| **wherein said hard coating is doped with another element** [claims 19 and 23] | wherein another element is introduced into the hard coating in small amounts to modify certain properties of the coating |

HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE