# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347
─────
(302) 658-9200
(302) 658-3989 FAX

RODGER D. SMITH II
(302) 351-9205
rsmith@mnat.com

August 2, 2018

The Honorable Leonard P. Stark                    *VIA ELECTRONIC FILING*
U.S. District Court
  for the District of Delaware
844 North King Street
Wilmington, DC  19801

> Re:    *The Gillette Company v. Dollar Shave Club, Inc.*, *et al.,*
>          C.A. No. 15-1158 (LPS)

Dear Chief Judge Stark:

I write on behalf of Plaintiff The Gillette Company ("Gillette") in the above-referenced action.  Gillette wishes to inform the Court that pursuant to the Court's July 23, 2018 Order (D.I. 564), and the parties' July 30, 2018 submission to the Court (D.I. 570), Gillette has reduced the number of asserted claims to seven, in particular claims 1-2, 8, 15-17 and 20.  In the parties' July 30 submission, Gillette stated that it "can agree to withdraw two independent claims, and all claims depending therefrom, provided there is a reasonable upper limit on Defendants' total number of prior art combinations and individual references for obviousness purposes."  Gillette did in fact withdraw two independent claims, and all claims depending therefrom.  Pursuant to the parties' July 30 submission, and subject to the Court's ruling on the parties' competing proposals, Defendants are to narrow the prior art on which it relies by August 8.

Respectfully,

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

RDS/rah

cc:    Clerk of Court (by hand delivery)
        All Counsel of Record (by electronic mail)