IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE GILLETTE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-1158-LPS-CJB |
| | ) |
| DOLLAR SHAVE CLUB, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

At Wilmington this 16th day of November, 2018, having considered the parties' Joint Motion to Redact Portions of the October 15, 2018 Hearing Transcript, IT IS HEREBY ORDERED that the motion is GRANTED.

The Clerk of the Court shall docket the redacted version of the transcript attached as Exhibit B to the motion. The original, unredacted version shall be kept permanently under seal.

United States District Judge